# GRAYROBINSON

Karen L. Stetson | Karen.Stetson@gray-robinson.com | **D** 305.913.0352
333 SE 2nd Avenue, Suite 3200, Miami, Florida 33131 | **T** 305.416.6880 | **F** 305.416.6887

April 2, 2025

Travis R. Walker, Esquire
1100 S.E. Federal Highway
Stuart, Florida 34994
Via e-mail: travis@traviswalkerlaw.com

Re: Manzaro Joseph v. Combs, et al.

Dear Mr. Walker:

I am outside litigation counsel for Emilio Estefan, Jr. We are aware of the lawsuit you have filed against him on behalf of your client, Manzaro Joseph (or is it Joseph Manzaro? -- your Complaint is ambiguous on that point).

Needless to say, my client is outraged by the totally fabricated allegations contained in the Complaint. As he has already put forth in a public statement, the house where you claim these unbelievable events occurred was not occupied by my client and no parties took place there during the time frame you claim. I assume you know that as a lawyer, you have a duty to investigate the allegations made by your client prior to filing such scandalous and false allegations. You have not fulfilled your duties by simply accepting an obviously outlandish story put forth by your client without corroboration. We will have the proof to support our denials.

If this case proceeds, we will be seeking Rule 11 sanctions against both you and your client. I note that you are not a stranger to having sanctions imposed upon you for filing frivolous claims.

I would further make a couple of observations about the timing of your lawsuit. First, it appears to be an obvious attempt to skirt the applicable statute of limitations which is itself suspicious. But second, the timing of the lawsuit, with its horrendously scandalous allegations, coincides with Gloria Estefan's recent release of a new album. Obviously, this kind of bad and false publicity can cause only harm to the sales of her new album. This is also something we will bring to the Court's attention if the case proceeds.

Sincerely,

Karen L. Stetson

KLS/ar
#63327647 v1

**EXHIBIT A**

Boca Raton | Fort Lauderdale | Fort Myers | Gainesville | Jacksonville | Key West | Lakeland
Melbourne | Miami | Naples | Orlando | Pensacola | Tallahassee | Tampa | Washington, D.C. | West Palm Beach

gray-robinson.com