


**EXHIBIT C**