UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-80422-DMM

MANZARO JOSEPH, an
individual,

    Plaintiff,

v.

SEAN JOHN COMBS a/k/a Diddy,
an individual, ERIC MEJIAS, an individual,
BRENDAN PAUL, an individual,
EMILIO ESTEFAN, an individual, ADRIA
ENGLISH a/k/a ADRIA SHERI ENGLISH,
an individual, Does Johns,

    Defendants.
_____/

## DECLARATION OF EMILIO ESTEFAN, JR.

Emilio Estefan, Jr. hereby declares:

1. My name is Emilio Estefan, Jr., I am over the age of eighteen, and am otherwise *sui juris*. This Declaration is made based upon my own personal knowledge.

2. I am, among other pursuits, a well known musician, songwriter, and record and television producer, who has been recognized with numerous accolades, including 19 Grammy Awards, the Presidential Medal of Freedom and the Gershwin Prize.

3. I have, together with my wife, global superstar Gloria Estefan, built successful music businesses, sold hundreds of millions of records, owned several residential and commercial properties in Miami Beach, been very involved in the arts and charitable organizations in Miami for many years. As a result, we enjoy a very favorable reputation in Miami, throughout the United States and internationally.

1

**EXHIBIT D**

4.  I have read the Complaint and Amended Complaint in this matter and categorically deny each and every allegation about me contained in those pleadings.

5.  My wife and I own two houses next to one another, at 38 and 39 Star Island, Miami Beach, Florida, where we have raised our two children and have lived for many years (the "residence"). It is still considered to be our primary residence.

6.  Between 1993 and 2021, we owned another house on Star Island, at One Star Island. The houses on Star Island are situated in a sort of horse shoe pattern and One Star Island is located on the other side of the island (not next door) from 38/39 Star Island where we reside. The house at One Star Island, which we no longer own, was used for many years for other family members (the "family house"). From approximately 2012 to the beginning of 2019, one of our closest family members occupied the house. As of "early April 2015", that family member and his young son, a toddler, would have been in residence at One Star Island. Given my close relationship with that family member, had strangers appeared at One Star Island after midnight in "early April 2015," that would have no doubt been reported to me and/or my wife. No such thing happened. Particularly given the occupants of One Star Island, I know that no parties were thrown during that time period, 2012-2019, at the family house.

7.  Moreover, in order to gain access to the "back entrance" of One Star Island, visitors must pass not only through the front entrance's manned security gate, they would then need to be let in through two gates by the occupant of the house. The "back" of the property abuts the Bay and one cannot simply park at One Star Island and walk in the back door.

8.  In April 2015, Sean Combs owned Two Star Island, the house next door to the family house, having bought it from Tommy Mottola, a famous record company executive in approximately 2003. In 2021, we sold the family house to Sean Combs. My wife and I were

2

friends of Tommy Mottola and visited him at Two Star Island when he owned it; however, we were never inside either house, One Star Island or Two Star Island, when Combs owned either of them. At no time was there ever any "tunnel" between the two houses, at least not while we owned One Star Island, and based on many years of experience with the City of Miami Beach, I believe this fact could have been easily verified through the public records of the City of Miami Beach.

9. I have no knowledge of Joseph Manzaro, Eric Mejias, Brendan Paul or Adria English a/k/a Adria Sheri English. With regard to Sean John Combs a/k/a Diddy, I have had some contact with him, the last of which was many years prior to April 2015. Specifically, from approximately 2005 to 2007, two companies that I own and control entered into agreements with Combs' record label Bad Boy Records, one related to artist management and one related to producer services. During the two years when the agreements were in force, only minimal business was actually conducted (as to one agreement, no business was conducted) and the contracts ended in 2007. I believe I may have attended one public promotional event with Combs some time after the 2005 agreements were signed. I have not had any other relationship, personal or business, despite this minor business relationship 8 years before the event alleged in Plaintiff's Complaint. I was never in Combs' house and Combs was never in either our residence or family house, except after Combs purchased the family house in 2021.

10. Particularly because of my celebrity status and the lurid allegations of the Complaint, this "story" was extensively covered by the media both globally and locally, including (among many others) People, Forbes, Fox News, the New York Post and Yahoo News. For weeks after the Complaint was filed, I could not even appear in public without being sieged with questions about the merits of such horrific allegations.

3

11. For my wife and I, the timing of Plaintiff's Complaint could not have been worse since the consequent news coverage coincided with the release of two new Gloria Estefan songs on March 20, 2025 and May 1, 2025, entitled "Raices" and "La Vecina," produced by myself. As is customary in the industry, these songs were released in advance of Gloria Estefan's new album entitled "Raices," which was released at the end of May 2025. The time period in which this suit was filed was, therefore, crucial for the planned marketing and promotion of not only the two songs, but the Album itself. The negative publicity, which persists, thwarted our marketing and promotional efforts, no doubt causing significant financial harm in lost sales.

12. After Plaintiff's Complaint was filed, our lawyer repeatedly tried to persuade Plaintiff's counsel to drop me as a defendant from this frivolous lawsuit, but he did not respond.

I swear under penalty of perjury the foregoing is true and correct.

Dated this 3 day of July 2025.

*Emilio Estefan, Jr.*

EMILIO ESTEFAN, JR.