

Your NBA Season Recap is here! Most viewed players, and more. Check it out.

# 2014-15 Cleveland Cavaliers Schedule and Results

**Record:** 53-29, Finished 1st in NBA Central Division
**Coach:** David Blatt (53-29)
**Executive:** David Griffin
**PTS/G:** 103.1 (8th of 30) **Opp PTS/G:** 98.7 (13th of 30)
**SRS**: 4.08 (6th of 30) **Pace**: 92.3 (25th of 30)
**Off Rtg**: 111.1 (3rd of 30) **Def Rtg**: 106.3 (18th of 30) **Net Rtg**: +4.8 (5th of 30)
**Expected W-L**: 53-29 (5th of 30)
**Preseason Odds:** Championship +275, Over-Under 58.5
**Arena:** Quicken Loans Arena **Attendance:** 843,042 (2nd of 30)
**NBA 2015 Playoffs:**
Won NBA Eastern Conference First Round (4-0) versus Boston Celtics  (Series Stats)
Won NBA Eastern Conference Semifinals (4-2) versus Chicago Bulls  (Series Stats)
Won NBA Eastern Conference Finals (4-0) versus Atlanta Hawks  (Series Stats)
Lost NBA Finals (2-4) versus Golden State Warriors  (Series Stats)

Eastern Conference Champions          Central Div Champs

Regular Season Schedule          Playoffs Schedule

**EXHIBIT F**

| G | Date | Start (ET) | | | Opponent | | Tm | Opp | W | L | Streak | Attend. | LOG | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 73 | Wed, Mar 25, 2015 | 8:00p | | Box Score | @ | Memphis Grizzlies | W | 111 | 89 | 47 | 26 | W 4 | 18,119 | 2:02 |
| 74 | Fri, Mar 27, 2015 | 7:30p | | Box Score | @ | Brooklyn Nets | L | 98 | 106 | 47 | 27 | L 1 | 17,732 | 2:12 |
| 75 | Sun, Mar 29, 2015 | 4:30p | | Box Score | | Philadelphia 76ers | W | 87 | 86 | 48 | 27 | W 1 | 20,562 | 2:08 |
| 76 | Thu, Apr 2, 2015 | 8:00p | TNT | Box Score | | Miami Heat | W | 114 | 88 | 49 | 27 | W 2 | 20,562 | 2:26 |
| 77 | Sun, Apr 5, 2015 | 3:30p | ABC | Box Score | | Chicago Bulls | W | 99 | 94 | 50 | 27 | W 3 | 20,562 | 2:23 |
| 78 | Wed, Apr 8, 2015 | 8:00p | | Box Score | @ | Milwaukee Bucks | W | 104 | 99 | 51 | 27 | W 4 | 14,629 | 2:16 |
| 79 | Fri, Apr 10, 2015 | 7:30p | | Box Score | | Boston Celtics | L | 90 | 99 | 51 | 28 | L 1 | 20,562 | 2:10 |
| 80 | Sun, Apr 12, 2015 | 3:00p | | Box Score | @ | Boston Celtics | L | 78 | 117 | 51 | 29 | L 2 | 18,624 | 2:05 |

| G | Date | Start (ET) | | Opponent | | Tm | Opp | W | L | Streak | Attend. | LOG | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | Mon, Apr 13, 2015 | 7:00p | Box Score | Detroit Pistons | | W | 109 | 97 | 52 | 29 | W 1 | 20,562 | 2:00 |
| 82 | Wed, Apr 15, 2015 | 8:00p | Box Score | Washington Wizards | W OT | 113 | 108 | 53 | 29 | W 2 | 20,562 | 2:28 |

## Playoffs

| G | Date | Start (ET) | | Opponent | | Tm | Opp | W | L | Streak | Attend. | LOG | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Sun, Apr 19, 2015 | 3:00p | Box Score | Boston Celtics | W | 113 | 100 | 1 | 0 | W 1 | 20,562 | 2:29 | |
| 2 | Tue, Apr 21, 2015 | 7:00p | Box Score | Boston Celtics | W | 99 | 91 | 2 | 0 | W 2 | 20,562 | 2:23 | |
| 3 | Thu, Apr 23, 2015 | 7:00p | Box Score | @ Boston Celtics | W | 103 | 95 | 3 | 0 | W 3 | 18,624 | 2:27 | |
| 4 | Sun, Apr 26, 2015 | 1:00p | Box Score | @ Boston Celtics | W | 101 | 93 | 4 | 0 | W 4 | 18,624 | 2:50 | |

| G | Date | Start (ET) | | Opponent | | Tm | Opp | W | L | Streak | Attend. | LOG | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | Mon, May 4, 2015 | 7:00p | Box Score | Chicago Bulls | L | 92 | 99 | 4 | 1 | L 1 | 20,562 | 2:22 | |
| 6 | Wed, May 6, 2015 | 7:00p | Box Score | Chicago Bulls | W | 106 | 91 | 5 | 1 | W 1 | 20,562 | 2:23 | |
| 7 | Fri, May 8, 2015 | 8:00p | Box Score | @ Chicago Bulls | L | 96 | 99 | 5 | 2 | L 1 | 22,246 | 2:30 | |
| 8 | Sun, May 10, 2015 | 3:30p | Box Score | @ Chicago Bulls | W | 86 | 84 | 6 | 2 | W 1 | 22,256 | 2:34 | |
| 9 | Tue, May 12, 2015 | 7:00p | Box Score | Chicago Bulls | W | 106 | 101 | 7 | 2 | W 2 | 20,562 | 2:37 | |
| 10 | Thu, May 14, 2015 | 8:00p | Box Score | @ Chicago Bulls | W | 94 | 73 | 8 | 2 | W 3 | 22,695 | 2:12 | |

| G | Date | Start (ET) | | Opponent | | Tm | Opp | W | L | Streak | Attend. | LOG | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | Wed, May 20, 2015 | 8:30p | Box Score | @ Atlanta Hawks | W | 97 | 89 | 9 | 2 | W 4 | 18,489 | 2:36 | |
| 12 | Fri, May 22, 2015 | 8:30p | Box Score | @ Atlanta Hawks | W | 94 | 82 | 10 | 2 | W 5 | 18,670 | 2:21 | |
| 13 | Sun, May 24, 2015 | 8:30p | Box Score | Atlanta Hawks | W OT | 114 | 111 | 11 | 2 | W 6 | 20,562 | 2:58 | |
| 14 | Tue, May 26, 2015 | 8:30p | Box Score | Atlanta Hawks | W | 118 | 88 | 12 | 2 | W 7 | 20,562 | 2:19 | |

| G | Date | Start (ET) | | Opponent | | | Tm | Opp | W | L | Streak | Attend. | LOG | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | Thu, Jun 4, 2015 | 9:00p | Box Score | @ Golden State Warriors | L OT | 100 | 108 | 12 | 3 | L 1 | 19,596 | 2:41 | | |
| 16 | Sun, Jun 7, 2015 | 8:00p | Box Score | @ Golden State Warriors | W OT | 95 | 93 | 13 | 3 | W 1 | 19,596 | 3:07 | | |
| 17 | Tue, Jun 9, 2015 | 9:00p | Box Score | Golden State Warriors | W | 96 | 91 | 14 | 3 | W 2 | 20,562 | 2:37 | | |
| 18 | Thu, Jun 11, 2015 | 9:00p | Box Score | Golden State Warriors | L | 82 | 103 | 14 | 4 | L 1 | 20,562 | 2:37 | | |
| 19 | Sun, Jun 14, 2015 | 8:00p | Box Score | @ Golden State Warriors | L | 91 | 104 | 14 | 5 | L 2 | 19,596 | 2:39 | | |
| 20 | Tue, Jun 16, 2015 | 9:00p | Box Score | Golden State Warriors | L | 97 | 105 | 14 | 6 | L 3 | 20,562 | 2:47 | | |

 **MIA** **88**    FINAL    **114**  **CLE**

**League Pass**

Thursday, April 2nd, 2015

# HEAT @ CAVALIERS

Quicken Loans Arena, Cleveland, OH

▶ Watch Full Game     Condensed Games

Summary    **Box Score**    Game Charts    Play-By-Play

Traditional ▾    All Periods ▾      Range Filter ▾

## MIAMI HEAT
Click on any linked stat to view the Video and/or Shot Chart

| PLAYER | MIN | FGM | FGA | FG% | 3PM | 3PA | 3P% | FTM | FTA | FT% | OREB | DREB | REB | AST | STL | BLK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L. Deng  F | 36:29 | 7 | 15 | 46.7 | 1 | 3 | 33.3 | 2 | 2 | 100 | 3 | 5 | 8 | 2 | 1 | 0 |
| H. Walker  G | 17:11 | 1 | 3 | 33.3 | 1 | 2 | 50.0 | 0 | 0 | 0.0 | 0 | 1 | 1 | 1 | 2 | 1 |
| H. Whiteside  G | 27:21 | 8 | 11 | 72.7 | 0 | 0 | 0.0 | 1 | 3 | 33.3 | 2 | 6 | 8 | 1 | 1 | 0 |
| D. Wade  G | 12:46 | 2 | 6 | 33.3 | 1 | 2 | 50.0 | 2 | 4 | 50.0 | 0 | 2 | 2 | 0 | 0 | 0 |
| G. Dragic  G | 32:59 | 3 | 10 | 30.0 | 2 | 4 | 50.0 | 3 | 3 | 100 | 1 | 2 | 3 | 7 | 0 | 1 |
| M. Beasley  G | 13:01 | 1 | 5 | 20.0 | 0 | 2 | 0.0 | 0 | 0 | 0.0 | 0 | 2 | 2 | 0 | 0 | 0 |
| M. Chalmers  G | 26:01 | 2 | 5 | 40.0 | 0 | 1 | 0.0 | 2 | 2 | 100 | 0 | 2 | 2 | 7 | 2 | 0 |
| T. Johnson  F | 25:46 | 4 | 9 | 44.4 | 1 | 2 | 50.0 | 2 | 2 | 100 | 0 | 2 | 2 | 3 | 2 | 0 |

6/29/25, 9:46 AM
Miami Heat vs Cleveland Cavaliers Apr 2, 2015 Box Scores | NBA.com
Case 9:25-cv-80422-DMM Document 29-6 Entered on FLSD Docket 07/25/2025 Page 4 of 11

| PLAYER | MIN | FGM | FGA | FG% | 3PM | 3PA | 3P% | FTM | FTA | FT% | OREB | DREB | REB | AST | STL | BLK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C. Andersen F | 16:10 | 1 | 2 | 50.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 3 | 3 | 2 | 0 | 0 |
| J. Ennis III G | 27:47 | 3 | 7 | 42.9 | 1 | 4 | 25.0 | 5 | 5 | 100 | 2 | 3 | 5 | 2 | 0 | 0 |
| Z. Dragic | 4:29 | 0 | 2 | 0.0 | 0 | 1 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| U. Haslem | DND - Illness | | | | | | | | | | | | | | | |
| TOTALS | | 32 | 75 | 42.7 | 7 | 21 | 33.3 | 17 | 21 | 81.0 | 8 | 28 | 36 | 25 | 8 | 2 |

## CLEVELAND CAVALIERS

Click on any linked stat to view the Video and/or Shot Chart

| PLAYER | MIN | FGM | FGA | FG% | 3PM | 3PA | 3P% | FTM | FTA | FT% | OREB | DREB | REB | AST | STL | BL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L. James G | 35:27 | 9 | 16 | 56.3 | 1 | 2 | 50.0 | 4 | 5 | 80.0 | 1 | 7 | 8 | 7 | 1 | |
| J. Jones F | 22:31 | 1 | 5 | 20.0 | 1 | 4 | 25.0 | 3 | 3 | 100 | 0 | 0 | 0 | 0 | 0 | |
| T. Mozgov G | 22:52 | 2 | 4 | 50.0 | 0 | 0 | 0.0 | 3 | 4 | 75.0 | 2 | 6 | 8 | 0 | 0 | |
| J. Smith G | 33:14 | 4 | 12 | 33.3 | 3 | 10 | 30.0 | 1 | 2 | 50.0 | 0 | 3 | 3 | 4 | 0 | |
| K. Irving G | 35:58 | 8 | 17 | 47.1 | 3 | 7 | 42.9 | 4 | 4 | 100 | 0 | 1 | 1 | 5 | 4 | |
| I. Shumpert F | 26:31 | 7 | 12 | 58.3 | 3 | 6 | 50.0 | 0 | 0 | 0.0 | 2 | 1 | 3 | 1 | 4 | |
| T. Thompson G | 28:43 | 3 | 4 | 75.0 | 0 | 0 | 0.0 | 2 | 4 | 50.0 | 5 | 10 | 15 | 0 | 1 | |
| M. Dellavedova F | 22:59 | 4 | 7 | 57.1 | 4 | 5 | 80.0 | 2 | 2 | 100 | 0 | 1 | 1 | 4 | 2 | |
| K. Perkins | 4:29 | 2 | 2 | 100 | 0 | 0 | 0.0 | 0 | 1 | 0.0 | 0 | 2 | 2 | 0 | 0 | |
| J. Harris | 3:49 | 0 | 1 | 0.0 | 0 | 1 | 0.0 | 0 | 0 | 0.0 | 0 | 1 | 1 | 1 | 0 | |
| M. Miller | 3:27 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 1 | 1 | 1 | 0 | |
| B. Haywood | DNP - Coach's Decision | | | | | | | | | | | | | | | |
| S. Marion | DNP - Coach's Decision | | | | | | | | | | | | | | | |
| TOTALS | | 40 | 80 | 50.0 | 15 | 35 | 42.9 | 19 | 25 | 76.0 | 10 | 33 | 43 | 23 | 12 | |

## INACTIVE PLAYERS

**MIA:** Chris Bosh, Josh McRoberts, Shabazz Napier

**CLE:** Anderson Varejao, Kevin Love



## CHICAGO BULLS

Click on any linked stat to view the Video and/or Shot Chart

| PLAYER | MIN | FGM | FGA | FG% | 3PM | 3PA | 3P% | FTM | FTA | FT% | OREB | DREB | REB | AST | STL | BLK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M. Dunleavy  F | 33:26 | 8 | 12 | 66.7 | 4 | 6 | 66.7 | 4 | 4 | 100 | 1 | 4 | 5 | 4 | 1 | 0 |
| P. Gasol  F | 30:49 | 6 | 13 | 46.2 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 2 | 7 | 9 | 4 | 0 | 0 |
| J. Noah  F | 32:47 | 3 | 3 | 100 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 3 | 5 | 8 | 7 | 2 | 0 |
| J. Butler III  G | 42:07 | 6 | 14 | 42.9 | 2 | 3 | 66.7 | 2 | 3 | 66.7 | 1 | 3 | 4 | 5 | 3 | 0 |
| A. Brooks  G | 38:10 | 6 | 13 | 46.2 | 2 | 6 | 33.3 | 3 | 4 | 75.0 | 2 | 3 | 5 | 6 | 1 | 0 |
| T. Gibson  G | 22:49 | 1 | 4 | 25.0 | 0 | 0 | 0.0 | 3 | 4 | 75.0 | 0 | 2 | 2 | 0 | 0 | 2 |
| T. Snell | 5:56 | 1 | 3 | 33.3 | 0 | 2 | 0.0 | 0 | 0 | 0.0 | 0 | 1 | 1 | 0 | 0 | 0 |
| N. Mirotic  G | 24:07 | 3 | 12 | 25.0 | 3 | 9 | 33.3 | 3 | 6 | 50.0 | 0 | 10 | 10 | 0 | 0 | 0 |

6/29/25, 3:56 AM
Chicago Bulls vs Cleveland Cavaliers Apr 5, 2015 Box Scores | NBA.com
Case 9:25-cv-80422-DMM   Document 29-6   Entered on FLSD Docket 07/25/2025   Page 7 of 11

| PLAYER | MIN | FGM | FGA | FG% | 3PM | 3PA | 3P% | FTM | FTA | FT% | OREB | DREB | REB | AST | STL | BLK |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E. Moore G | 9:50 | 0 | 2 | 0.0 | 0 | 1 | 0.0 | 0 | 0 | 0.0 | 0 | 1 | 1 | 2 | 0 | 0 |
| C. Bairstow | DNP - Coach's Decision | | | | | | | | | | | | | | | |
| D. McDermott | DNP - Coach's Decision | | | | | | | | | | | | | | | |
| N. Mohammed | DNP - Coach's Decision | | | | | | | | | | | | | | | |
| TOTALS | | 34 | 76 | 44.7 | 11 | 27 | 40.7 | 15 | 21 | 71.4 | 9 | 36 | 45 | 28 | 7 | 2 |

## CLEVELAND CAVALIERS

Click on any linked stat to view the Video and/or Shot Chart

| PLAYER | MIN | FGM | FGA | FG% | 3PM | 3PA | 3P% | FTM | FTA | FT% | OREB | DREB | REB | AST | STL | BL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L. James G | 36:31 | 8 | 17 | 47.1 | 1 | 3 | 33.3 | 3 | 6 | 50.0 | 2 | 8 | 10 | 12 | 3 | |
| K. Love F | 30:47 | 4 | 12 | 33.3 | 3 | 8 | 37.5 | 0 | 0 | 0.0 | 1 | 3 | 4 | 2 | 2 | |
| T. Mozgov C | 31:41 | 5 | 7 | 71.4 | 0 | 0 | 0.0 | 1 | 2 | 50.0 | 3 | 5 | 8 | 3 | 0 | |
| J. Smith G | 43:23 | 8 | 17 | 47.1 | 8 | 17 | 47.1 | 0 | 0 | 0.0 | 1 | 3 | 4 | 1 | 1 | |
| K. Irving G | 37:08 | 8 | 19 | 42.1 | 4 | 5 | 80.0 | 7 | 8 | 87.5 | 2 | 3 | 5 | 4 | 3 | |
| I. Shumpert F | 23:36 | 0 | 6 | 0.0 | 0 | 4 | 0.0 | 0 | 0 | 0.0 | 0 | 3 | 3 | 2 | 0 | |
| T. Thompson F | 23:57 | 1 | 3 | 33.3 | 0 | 0 | 0.0 | 2 | 6 | 33.3 | 1 | 5 | 6 | 0 | 0 | |
| M. Dellavedova C | 12:57 | 1 | 2 | 50.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | |
| B. Haywood | DNP - Coach's Decision | | | | | | | | | | | | | | | |
| J. Jones | DNP - Coach's Decision | | | | | | | | | | | | | | | |
| S. Marion | DNP - Coach's Decision | | | | | | | | | | | | | | | |
| M. Miller | DNP - Coach's Decision | | | | | | | | | | | | | | | |
| K. Perkins | DNP - Coach's Decision | | | | | | | | | | | | | | | |
| TOTALS | | 35 | 83 | 42.2 | 16 | 37 | 43.2 | 13 | 22 | 59.1 | 10 | 30 | 40 | 24 | 9 | |

# INACTIVE PLAYERS

**CHI:** Kirk Hinrich, Derrick Rose

**CLE:** Anderson Varejao, Joe Harris



# CLEVELAND CAVALIERS

Click on any linked stat to view the Video and/or Shot Chart

| PLAYER | MIN | FGM | FGA | FG% | 3PM | 3PA | 3P% | FTM | FTA | FT% | OREB | DREB | REB | AST | STL | BL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L. James G | 39:51 | 8 | 15 | 53.3 | 2 | 5 | 40.0 | 3 | 4 | 75.0 | 2 | 7 | 9 | 8 | 1 | |
| K. Love F | 35:09 | 7 | 14 | 50.0 | 1 | 5 | 20.0 | 1 | 2 | 50.0 | 2 | 9 | 11 | 0 | 1 | |
| T. Mozgov C | 19:54 | 1 | 2 | 50.0 | 0 | 0 | 0.0 | 3 | 4 | 75.0 | 0 | 4 | 4 | 1 | 2 | |
| J. Smith G | 40:26 | 5 | 12 | 41.7 | 2 | 8 | 25.0 | 0 | 0 | 0.0 | 1 | 1 | 2 | 2 | 1 | |
| K. Irving G | 40:58 | 7 | 13 | 53.8 | 4 | 8 | 50.0 | 9 | 11 | 81.8 | 3 | 1 | 4 | 9 | 3 | |
| M. Dellavedova G | 12:17 | 1 | 5 | 20.0 | 1 | 2 | 50.0 | 0 | 0 | 0.0 | 0 | 2 | 2 | 1 | 0 | |
| I. Shumpert F | 22:28 | 4 | 8 | 50.0 | 1 | 4 | 25.0 | 0 | 0 | 0.0 | 2 | 0 | 2 | 1 | 0 | |
| T. Thompson G | 23:57 | 3 | 3 | 100 | 0 | 0 | 0.0 | 5 | 5 | 100 | 1 | 9 | 10 | 1 | 0 | |

| PLAYER | MIN | FGM | FGA | FG% | 3PM | 3PA | 3P% | FTM | FTA | FT% | OREB | DREB | REB | AST | STL | BL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J. Jones F | 5:00 | 0 | 2 | 0.0 | 0 | 2 | 0.0 | 0 | 0 | 0.0 | 0 | 0 | 0 | 0 | 0 | 0 |
| B. Haywood | DNP - Coach's Decision | | | | | | | | | | | | | | | |
| S. Marion | DNP - Coach's Decision | | | | | | | | | | | | | | | |
| M. Miller | DNP - Coach's Decision | | | | | | | | | | | | | | | |
| K. Perkins | DNP - Coach's Decision | | | | | | | | | | | | | | | |
| TOTALS | | 36 | 74 | 48.6 | 11 | 34 | 32.4 | 21 | 26 | 80.8 | 11 | 33 | 44 | 23 | 8 | |

## MILWAUKEE BUCKS

Click on any linked stat to view the Video and/or Shot Chart

| PLAYER | MIN | FGM | FGA | FG% | 3PM | 3PA | 3P% | FTM | FTA | FT% | OREB | DREB | REB | AST | STL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J. Dudley F | 32:28 | 2 | 4 | 50.0 | 1 | 3 | 33.3 | 0 | 0 | 0.0 | 0 | 3 | 3 | 7 | 1 |
| E. Ilyasova F | 19:16 | 1 | 7 | 14.3 | 0 | 2 | 0.0 | 0 | 0 | 0.0 | 1 | 2 | 3 | 2 | 1 |
| Z. Pachulia C | 30:60 | 8 | 13 | 61.5 | 0 | 0 | 0.0 | 3 | 5 | 60.0 | 4 | 6 | 10 | 2 | 5 |
| K. Middleton G | 36:57 | 7 | 10 | 70.0 | 2 | 2 | 100 | 0 | 0 | 0.0 | 0 | 4 | 4 | 1 | 2 |
| M. Carter-Williams G | 36:19 | 13 | 22 | 59.1 | 1 | 3 | 33.3 | 3 | 3 | 100 | 0 | 2 | 2 | 8 | 1 |
| O. Mayo F | 26:22 | 4 | 12 | 33.3 | 1 | 5 | 20.0 | 2 | 2 | 100 | 0 | 2 | 2 | 2 | 1 |
| J. Henson G | 23:49 | 4 | 6 | 66.7 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 2 | 2 | 4 | 3 | 1 |
| J. Bayless G | 21:01 | 1 | 4 | 25.0 | 0 | 1 | 0.0 | 1 | 3 | 33.3 | 0 | 2 | 2 | 4 | 1 |
| T. Ennis | 7:11 | 1 | 4 | 25.0 | 1 | 2 | 50.0 | 0 | 0 | 0.0 | 0 | 1 | 1 | 1 | 0 |
| M. Plumlee | 5:38 | 1 | 2 | 50.0 | 0 | 0 | 0.0 | 0 | 0 | 0.0 | 0 | 1 | 1 | 0 | 0 |
| G. Antetokounmpo | DNP - Coach's Decision | | | | | | | | | | | | | | |
| J. Gutierrez | DNP - Coach's Decision | | | | | | | | | | | | | | |
| J. O'Bryant III | DNP - Coach's Decision | | | | | | | | | | | | | | |

| PLAYER | MIN | FGM | FGA | FG% | 3PM | 3PA | 3P% | FTM | FTA | FT% | OREB | DREB | REB | AST | STL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTALS | | 42 | 84 | 50.0 | 6 | 18 | 33.3 | 9 | 13 | 69.2 | 7 | 25 | 32 | 30 | 13 |

## INACTIVE PLAYERS

**CLE:** Joe Harris, Anderson Varejao

**MIL:** Damien Inglis, Jabari Parker