RE: from page six Jay z https://pagesix.com/2025/04/12/celebrity-news/sean-diddy-combs-accuser-drops-lawsuit-claim-against-beyonce-jay-z-over-penis-mask-freak-off-party/

# Sean 'Diddy' Combs accuser drops major lawsuit claim against Beyoncé, Jay-Z over penis mask 'Freak-Off' party

By
Eileen Reslen
Published April 12, 2025, 11:58 a.m. ET

A man who sued Sean "Diddy" Combs for allegedly raping and humiliating him at a 2015 "Freak-Off" party while Jay-Z and Beyoncé were present is now claiming the married couple were never actually there.

Joseph Manzaro filed an amended complaint in Florida Friday, obtained by Page Six, in which he has now removed Jay-Z and Beyoncé's names from the legal documents altogether.

The accuser claimed in his original complaint, filed earlier this month, that the "Drunk In Love" collaborators were among the famous partygoers who witnessed Combs assault him and force him to wear a penis mask at a birthday party for the embattled hip-hop mogul's then-17-year-old son Christian.

However, Page Six has learned that Jay-Z and Beyoncé's lawyers have been able to prove that neither Grammy winner was at the event at the time because they were nowhere near Miami, where it took place.

A Washington Square News article places Jay-Z, 55, at an NYU appearance at the time, and shortly after he and Beyoncé, 43, went on a romantic trip to Hawaii, per photos previously obtained by the Daily Mail.

Page Six has reached out to Manzaro's lawyer for comment on the apparent error but did not immediately hear back. We also contacted Jay-Z and Beyoncé's reps for comment.

The legal victory is the latest win for the "Empire State of Mind" rapper, whose own rape lawsuit against him was recently dismissed. He is now suing that accuser and her lawyer for defamation and extortion after she allegedly retracted, but then stood by her claims.

Despite Jay-Z and Beyoncé's removal from Manzaro's lawsuit, however, there are other big stars that are still named in the complaint.

EXHIBIT G

The accuser reaffirms in his amended complaint the claim that LeBron James, Gloria Estefan and Emilio Estefan were present at the alleged 2015 "Freak-Off" party, as he had insisted in his initial filing.

However, James' rep previously told Page Six, "This is demonstrably false and doesn't even merit a report or response. A basic internet search shows what LeBron was doing all of April 2015. He was playing basketball for the Cleveland Cavaliers and never in Miami."

A rep for Gloria, 67, and Emilio, 72, also told us they "strongly deny the allegations made."

Combs' legal team, meanwhile, added in response to Manzaro's allegations, "This complaint demonstrates the depraved lengths plaintiffs will travel to garner headlines in pursuit of a payday.

"No sane person reading this complaint could credit this story. Mr. Combs looks forward to having his day in court where these lies – and the perverse motives of those who told them – will be revealed."