| MANZARO MEDIA COVERAGE | | | |
|---|---|---|---|
| **Media Type** | **Platform** | **Publisher / Account** | **Link** |
| News Article | Website | People | https://people.com/diddy-accused-sexually-assaulting-man-party-jay-z-beyonce-11707264 |
| News Article | Website | People | https://people.com/sean-diddy-combs-accuser-drops-beyonce-jay-z-names-from-sexual-assault-lawsuit-11714293 |
| News Article | Website | Yahoo News | https://www.yahoo.com/news/gloria-estefan-denies-involvement-neighbor-144044009.html |
| News Article | Website | Forbes | https://www.forbes.com/sites/maryroeloffs/2025/04/02/all-major-allegations-against-sean-diddy-combs-rape-sexual-abuse-cassie-ventura-tony-buzbee-lil-rod/ |
| News Article | Website | Fox News | https://www.foxnews.com/entertainment/diddy-accuser-claims-beyonce-jay-z-were-witnesses-miami-freak-off-party-lawsuit |
| News Article | Website | HipHopDx | https://hiphopdx.com/news/diddy-defended-by-gloria-estefan-over-freak-off-claims |
| News Article | Website | WBLS | https://www.wbls.com/news/gloria-estefan-denies-involvement-in-diddy-freak-offs/ |
| News Article | Website | VIBE | https://www.vibe.com/news/entertainment/gloria-estefan-involvement-neighbor-diddy-freak-offs-1235068617/ |

EXHIBIT H

| | | | |
|---|---|---|---|
| News Article | Website | Live Mint | https://www.livemint.com/entertainment/twist-in-sean-diddy-combs-lawsuit-accuser-admits-beyonc-and-jay-z-were-not-at-freak-off-party-11744467219522.html |
| News Article | Website | EURWeb | https://eurweb.com/2025/diddy-sued-for-human-trafficking-by-florida-man-joseph-manzaro/ |
| News Article | Website | Page Six | https://pagesix.com/2025/04/01/celebrity-news/sean-diddy-combs-paraded-man-in-penis-mask-around-freak-off-party-while-jay-z-beyonce-and-more-watched-lawsuit/ |
| News Article | Website | Lawyer Monthly | https://www.lawyer-monthly.com/2025/04/diddy-party-sexual-assault-lawsuit/ |
| Podcast | Apple Podcasts | Joseph Manzaro Lawsuit Recap | https://podcasts.apple.com/us/podcast/joseph-manzaro-and-the-lawsuit-filed-against-diddy/id1686267498?i=1000704186055 |
| Podcast | Apple Podcasts | Exposed: Scandalous Files | https://podcasts.apple.com/ga/podcast/the-manzaro-lawsuit-sean-diddy-combs-saga-part-25/id1727965835?i=1000702400428 |
| Podcast | Apple Podcasts | Epstein Chronicles | https://podcasts.apple.com/nz/podcast/joseph-manzaro-walks-back-his-allegations-that-included/id1575753383?i=1000703476342 |
| Podcast | Spreaker | Spreaker Mega Recap | https://www.spreaker.com/episode/mega-edition-joseph-manzaro-and-the-ameneded-lawsuit-filed-against-diddy-parts-1-3-6-26-25--66748019 |

| | | | |
|---|---|---|---|
| Podcast | Apple Podcasts | Joseph Manzaro Lawsuit Recap | https://podcasts.apple.com/us/podcast/joseph-manzaro-and-the-lawsuit-filed-against-diddy/id1686267498?i=1000704186055 |
| Podcast | Apple Podcasts | Exposed (GA feed) | https://podcasts.apple.com/ga/podcast/the-manzaro-lawsuit-sean-diddy-combs-saga-part-25/id1727965835?i=1000702400428 |
| Podcast | Apple Podcasts | Epstein Chronicles (NZ) | https://podcasts.apple.com/nz/podcast/joseph-manzaro-walks-back-his-allegations-that-included/id1575753383?i=1000703476342 |
| Video | YouTube | Javier Ceriani | https://youtu.be/SqedQ8QgPSI?si=erMp_pTaFdazly-j |
| Video | YouTube | Javier Ceriani | https://www.youtube.com/live/YjOCf9KsOZs?si=Fjjo7ymy_uKTD4zE |
| Video | YouTube | Alex Otaola | https://www.youtube.com/live/-guf6EVBcaE?si=GDGMBajZJ1d7a8qZ |
| Video | YouTube | Karol & Tamiko | https://youtu.be/vQwrYLalaxc?si=jkiUkV-7RspYRTBr |
| Video | YouTube | The Heights Podcast | https://www.youtube.com/watch?v=zBiO6oHZa9w |
| Video | YouTube | Law & Crime Network | https://www.youtube.com/watch?v=2cmqzdZJ_AE |
| Video | YouTube | Entertainment Tonight | https://www.youtube.com/watch?v=IkYJpWHbZDc |
| Video | Website | TMZ | https://www.tmz.com/watch/gloria-estefan-05-08-2025/ |
| Social Media Post | Instagram | TMZ | https://www.instagram.com/reel/DH7BT6gMtq1/?igsh=MTEwYzVsZDZwZjRtMg== |

| Social Media Post | Instagram | Javier Ceriani | https://www.instagram.com/reel/DLI0q7ASyNQ/?igsh=MWo2YnhkdHpmbHN2OA== |
| Social Media Post | Instagram | El Arabe El Real Kabra | https://www.instagram.com/reel/DJUd9Whp_WS/?igsh=YjN1dnlyYXRsNXRi |